| | |
|---|---|
| **The Law Offices of Teri S. Lodge**<br>Attorney at Law | 10,000 Lincoln Drive East<br>Suite 201<br>Marlton, New Jersey 08053<br>(856) 470-6054<br>Tlodge@Tlodgelaw.com |

July 11, 2023

Georgette Castner U.S.D.J.
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street Trenton, New Jersey 08608

Re: USA v. Kevin Van Pelt
3:23-cr-00216-GC

Dear Judge Castner:

I represent Kevin Van Pelt. Mr. Van Pelt is scheduled for sentencing on August 10, 2023. We have not received a Draft PSR, although I am told we will have it soon. I will need a psychological evaluation, but I need the PSR to complete that process. Accordingly, I respectfully request a continuance of 60 or more days. AUSA Brater consents.

As always, the court's courtesies are greatly appreciated.

Respectfully Submitted,

THE LAW OFFICES OF TERI S. LODGE
A Limited Liability Company

*Teri S. Lodge /s/*
Teri S. Lodge

It is so ordered this 11th day of July, 2023

*Georgette Castner*
Georgette Castner, U.S.D.J.

Sentencing reset to November 8, 2023 at 10 a.m.